IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

DANUEL D. ABRON                                                                                PLAINTIFF

V.                                                     NO: 1:24CV034-GHD-RP

KARTEZ CARRIERS, INC., AND KENNY
CARTEZ SMITH                                                  DEFENDANTS

### ORDER DISMISSING ACTION BY REASON OF SETTLEMENT

       The Court has been advised by counsel that this action has been settled or is in the process of being settled. Therefore, it is not necessary that the action remain upon the calendar of the Court.

       It is therefore ORDERED that this action is DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that the settlement of this matter has not been completed and further litigation is necessary.

       SO ORDERED, this the 31st day of May, 2024.

                                                                         /s/ Glen H. Davidson
                                                                         SENIOR U.S. DISTRICT JUDGE